<u>EXHIBIT 1</u>



jon atabek <jatabek@atabeklaw.com>

---

## 10043.16 Core v. Hendifar Properites: L.R. 7-3 Meet and Confer re Service of Process/Request for Extension

**jon atabek** <jatabek@atabeklaw.com>                                    Mon, May 11, 2020 at 10:10 PM
To: Peter Shahriari <Peter@handslawgroup.com>, Anoush Hakimi <anoush@handslawgroup.com>

Dear Messrs. Shahriari/Hakimi,

I have attached correspondence of today's date.

--
Jon A. Atabek, Esq.
Atabek & Associates, P.C.
Phone: (213) 394-5943
Fax: (213) 402-3413


This e-mail message (including any attachments) contains information that may be confidential, may be protected by the attorney-client or other applicable privileges, or may constitute non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

CIRCULAR 230 NOTICE: To comply with requirements imposed by the United States Treasury Department, any information regarding any U.S. federal tax matters contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, as advice for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

 **10043.16 05-11-20 MnC Letter Per LR 7-3 re 12(b)(5) Motion.pdf**
140K



| | |
|---|---|
| Established In 2011 | Atabek & Associates<br>16330 Bake Parkway<br>Irvine, CA 92618<br>T. (213) 394-5943<br>F. (213) 402-3413 |
| Of Counsel:<br>Robert M. Cohen<br>Shella Alcabes | Attorneys:<br>Jon Atabek<br>jatabek@atabeklaw.com |

November 18, 2019

[By Email]

Peter Shahriari/Anoush Hakimi
The Law Office of Hakimi & Shahriari
7080 Hollywood Blvd.
Los Angeles, CA 90028
T: 323.672.8281
F: 213.402.2170
anoush@handslawgroup.com
peter@handslawgroup.com

Re:     *Core v. Hendifar Properties, LLC, et al, CACD Case No. 20-cv-03247-GW-PLA*

Dear Messrs. Shahriari and Hakimi:

Pursuant to Local Rule 7-3, I write this letter to meet and confer regarding the putative Motion to Dismiss for Defective Service [Fed. R. Civ. P. Rule 12(b)(5)] contemplated by Defendant Hendifar Properties, LLC ("Defendant"), and to propose an alternative resolution to avoid unnecessary motion practice.

Defendant has never received service, personal or substitute, of your lawsuit. In fact, Defendant first became aware of this lawsuit because it received attorney solicitation mailers regarding the same. The only reason Defendant became aware you had filed a proof of service is because I was periodically checking the docket (given our past dealings with your secret defaults, I thought it prudent to do so).

The Proof of Service indicates the pleadings were served on someone who is "30+" years of age. See Dkt. No. 9. Ms. Hendifar is sixty seven year old, and hard of hearing. She would not be mistaken for someone who is 30+.

The only female who matches the description set forth in the Proof of Service who could have been at Ms. Hendifar's home is her part-time housekeeper, who speaks limited English, and does not reside at Ms. Hendifar's house.

Service on a party's part-time housekeeper is insufficient to constitute substitute service under Rule 4(e)(2), which requires that substitute service be made on a "resident" of the defendant's household. *Gutierez Reyes v. Garrido*, No. 1:15-CV-24644, 2016 WL 3544647, at *1 (S.D. Fla. June 29, 2016); *Franklin Am., Inc. v. Franklin Cast Prod., Inc.*, 94 F.R.D. 645, 647 (E.D. Mich. 1982); *Modern Techs. Grp., Inc. v. Bergman*, No. CV 05-

5919 (RBK), 2006 WL 8457194, at *2 (D.N.J. Oct. 4, 2006); *Polo Fashions Inc. v. B. Bowman & Co.*, 102 F.R.D. 905, 908 (S.D.N.Y. 1984).

   Rather than waste time on motion practice, I propose one of the following: (1) Grant Defendant a 30 day extension to file a responsive pleading (at which time I will file a responsive pleading that does not challenge service, thereby mooting the issue); or (2) Send me a California acknowledgment of service, or federal waiver of service (your choice), and I will accept service on behalf of Hendifar Properties, LLC. Either will moot the issue and give me my requested extension, while allowing the case to proceed on the merits.

   Should you refuse my proposal, I will need to meet and confer with you telephonically within the next 24 hours. As you know, our responsive pleading is due on May 18, 2020. And L.R. 7-3 requires that I wait at least five days before filing my motion, where there is a set date to file my motion. Please let me know what time you can talk tomorrow.

   Thank you for your attention to this matter. I we look forward to hearing from you.

Sincerely,

Jon Atabek
Atabek & Associates, P.C.

<u>EXHIBIT 2</u>

5/18/2020 Atabek & Associates PLLC Mail - 10043.16 Core v. Hendifar Properites: L.R. 7-3 Meet and Confer re Service of Process/Request for Extension

Case 2:20-cv-03247-FMO-MAA Document 11 Filed 05/19/20 Page 6 of 13 Page ID #:60



jon atabek <jatabek@atabeklaw.com>

---

## 10043.16 Core v. Hendifar Properites: L.R. 7-3 Meet and Confer re Service of Process/Request for Extension

---

**jon atabek** <jatabek@atabeklaw.com>                                                       Mon, May 18, 2020 at 4:01 PM
To: Anoush Hakimi <anoush@handslawgroup.com>
Cc: Peter Shahriari <peter@handslawgroup.com>, Roxy Hernandez <roxy@handslawgroup.com>

Anoush,

It's now 4pm on Monday. Nobody from your office has so much as offered me a pleading extension or a time to talk so we can meet and confer pursuant to LR 7-3.

I am giving you one last chance to show some good faith here and comply with LR 7-3.

Again, note, I will be attaching these emails to my motion.

Best,

Jon

On Fri, May 15, 2020 at 5:21 PM jon atabek <jatabek@atabeklaw.com> wrote:
> Anoush,
>
> As you can see below, I've been trying to get a hold of you almost every day for a full week. Moreover, your cell phone number is the one you give in your email is the best number to reach you during the pandemic.
>
> As you are well aware, my pleading deadline is on Monday. As I also warned you, if you played games with either giving me an extension or agreeing to a reasonable time to meet and confer that would allow me to comply with LR 7-3, I will just point out to the court that you refused to meet and confer with me. I will be attaching this email chain to my motion to dismiss, which I will file Monday.
>
> Best Regards,
>
> Jon
>
>
> On Fri, May 15, 2020 at 5:11 PM Anoush Hakimi <anoush@handslawgroup.com> wrote:
>> Hi Jon, please provide me with some times that you are available on Monday or Tuesday and I will call. We're all busy and I can't just drop everything when you randomly call my cell phone without a prior reservation to get into a long-winded conversation. I'm happy to review your letter and discuss with you on a pre-agreed time on Monday or Tuesday. Please provide your availability to my assistant Roxy (copied here) and she will make sure to get you on my calendar.
>>
>>
>> Have a nice weekend.
>>
>>
>> Anoush

Anoush Hakimi, Esq.

H & S Law Group, PLC

7080 Hollywood Blvd., Suite 804

Los Angeles, California 90028

www.handslawgroup.com

Direct: (310) 738 – 2166 (During Covid-19)

Fax:  (213) 402 – 2170

This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy
Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of
the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete
the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is
strictly prohibited. Note: No attorney-client relationship is formed until the parties have signed an attorney-client agreement.
Attorneys do not provide any tax advice. Please consult your tax professional.

**From:** jon atabek <jatabek@atabeklaw.com>
**Sent:** Friday, May 15, 2020 3:32 PM
**To:** Anoush Hakimi <anoush@handslawgroup.com>
**Cc:** Peter Shahriari <peter@handslawgroup.com>
**Subject:** Re: 10043.16 Core v. Hendifar Properites: L.R. 7-3 Meet and Confer re Service of Process/Request for
Extension

Hi Anoush,

It is now Friday (the day you said you wanted to meet and confer with me). Are you available to talk? Will you grant
me a pleading extension?

Best,

Jon

On Wed, May 13, 2020 at 6:00 PM jon atabek <jatabek@atabeklaw.com> wrote:

Hi Anoush,

I just tried to call you to see if you will agree to a pleading extension that will allow us enough time to have the 7-3 meet and confer on Friday, since you say that is the earliest you can speak. Please respond.

Also, your VM mailbox is full.

Best Regards,

Jon

On Tue, May 12, 2020 at 4:31 PM jon atabek <jatabek@atabeklaw.com> wrote:

> Anoush,
>
> Just to be clear, are you unwilling to grant me a pleading extension so we have enough time to meet and confer pursuant to LR 7-3?
>
> Best Regards,
>
> On Tue, May 12, 2020 at 3:47 PM jon atabek <jatabek@atabeklaw.com> wrote:
>
>> Anoush,
>>
>> The responsive pleading is due May 18, 2020. I need you to either meet and confer with me today, or say you are not willing to do so. If you refuse to do so, I will simply note the same in my motion to dismiss.
>>
>> Or, again, you could grant me the simple courtesy of a pleading extension, which will moot the issue.
>>
>> Also, TCPA only applies to consumers. This is not a consumer context. But points for creativity.
>>
>> Best Regards,
>>
>> Jon
>>
>> On Tue, May 12, 2020 at 3:44 PM Anoush Hakimi <anoush@handslawgroup.com> wrote:
>>
>>> Jon, you sent your letter and texted me after 10 pm last night. After I was in bed. I don't recall ever granting you permission to send me text messages on my cell phone, which you should know is an FTC violation.
>>>
>>> At any rate, I am swamped and have not had an opportunity to read the letter you sent after 10 pm last night. It is on my list of things to do. My week is slammed, but I can work in some time on Friday afternoon

5/18/2020                Atabek & Associates HAND Law Group - Core Document Properties : L.R. 7-3 Meet and Confer re Service of Process/Request for Extension

Case 2:20-cv-03247-FMO-MAA Document 1-1 Filed 05/19/20 Page 9 of 13 Page ID #:63

to speak with you. Let me know if that works.


Regards,


_____

Anoush Hakimi, Esq.


H & S LAW GROUP, PLC

7080 Hollywood Blvd., Suite 804

Los Angeles, California 90028

www.handslawgroup.com


Direct: (310) 738 – 2166 (During Covid-19)

Fax:  (213) 402 – 2170



This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited. Note: No attorney-client relationship is formed until the parties have signed an attorney-client agreement. Attorneys do not provide any tax advice. Please consult your tax professional.

---

**From:** jon atabek <jatabek@atabeklaw.com>
**Sent:** Tuesday, May 12, 2020 2:29 PM
**To:** Anoush Hakimi <anoush@handslawgroup.com>; Peter Shahriari <peter@handslawgroup.com>
**Subject:** Re: 10043.16 Core v. Hendifar Properites: L.R. 7-3 Meet and Confer re Service of Process/Request for Extension


Mr. Hakimi,


I texted you last night, texted you again today, and just tried calling you on your cell phone. Please call me back. We need to meet and confer on this today. If you do not, I will indicate to the court that you were unwilling to meet and confer. Due to the defective nature of the service, my client did not have as much time to react to this as we otherwise would have.


Or you could just grant us the requested extension, and we avoid all of this.

5/18/2020 Atabek & Associates Mail - Huang v. Conco et al Plaintiff's Ex Parte and Change Service of Process/Request for Extension

Case 2:20-cv-03247-FMO-MAA Document 11 Filed 05/18/20 Page 10 of 13 Page ID #:64

Jon

On Mon, May 11, 2020 at 10:10 PM jon atabek <jatabek@atabeklaw.com> wrote:

Dear Messrs. Shahriari/Hakimi,

I have attached correspondence of today's date.

--

Jon A. Atabek, Esq.

Atabek & Associates, P.C.
Phone: (213) 394-5943

Fax: (213) 402-3413

This e-mail message (including any attachments) contains information that may be confidential, may be protected by the attorney-client or other applicable privileges, or may constitute non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

CIRCULAR 230 NOTICE: To comply with requirements imposed by the United States Treasury Department, any information regarding any U.S. federal tax matters contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, as advice for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

--

Jon A. Atabek, Esq.

Atabek & Associates, P.C.
Phone: (213) 394-5943

Fax: (213) 402-3413

This e-mail message (including any attachments) contains information that may be confidential, may be protected by the attorney-client or other applicable privileges, or may constitute non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

CIRCULAR 230 NOTICE: To comply with requirements imposed by the United States Treasury Department, any information regarding any U.S. federal tax matters contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, as advice for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

--

Jon A. Atabek, Esq.

Atabek & Associates, P.C.
Phone: (213) 394-5943

Fax: (213) 402-3413

This e-mail message (including any attachments) contains information that may be confidential, may be protected by the attorney-client or other applicable privileges, or may constitute non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

CIRCULAR 230 NOTICE: To comply with requirements imposed by the United States Treasury Department, any information regarding any U.S. federal tax matters contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, as advice for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

--

Jon A. Atabek, Esq.

Atabek & Associates, P.C.
Phone: (213) 394-5943

Fax: (213) 402-3413

This e-mail message (including any attachments) contains information that may be confidential, may be protected by the attorney-client or other applicable privileges, or may constitute non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

CIRCULAR 230 NOTICE: To comply with requirements imposed by the United States Treasury Department, any information regarding any U.S. federal tax matters contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, as advice for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

--

Jon A. Atabek, Esq.

Atabek & Associates, P.C.
Phone: (213) 394-5943

Fax: (213) 402-3413

This e-mail message (including any attachments) contains information that may be confidential, may be protected by the attorney-client or other applicable privileges, or may constitute non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

5/18/2020                    Atabek & Associates Mail - LVNV Funding LLC v. Carolyn Craig - Copy of Executed Properties Deed/Use and Change Service of Process/Request for Extension

Case 2:20-cv-03247-FMO-MAA   Document 1   Filed 05/18/20   Page 12 of 13   Page ID #:66

CIRCULAR 230 NOTICE: To comply with requirements imposed by the United States Treasury Department, any information regarding any U.S. federal tax matters contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, as advice for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

--

Jon A. Atabek, Esq.

Atabek & Associates, P.C.
Phone: (213) 394-5943

Fax: (213) 402-3413

This e-mail message (including any attachments) contains information that may be confidential, may be protected by the attorney-client or other applicable privileges, or may constitute non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

CIRCULAR 230 NOTICE: To comply with requirements imposed by the United States Treasury Department, any information regarding any U.S. federal tax matters contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, as advice for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

--
Jon A. Atabek, Esq.
Atabek & Associates, P.C.
Phone: (213) 394-5943
Fax: (213) 402-3413

This e-mail message (including any attachments) contains information that may be confidential, may be protected by the attorney-client or other applicable privileges, or may constitute non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

CIRCULAR 230 NOTICE: To comply with requirements imposed by the United States Treasury Department, any information regarding any U.S. federal tax matters contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, as advice for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

--
Jon A. Atabek, Esq.
Atabek & Associates, P.C.
Phone: (213) 394-5943
Fax: (213) 402-3413

This e-mail message (including any attachments) contains information that may be confidential, may be protected by the attorney-client or other applicable privileges, or may constitute non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

CIRCULAR 230 NOTICE: To comply with requirements imposed by the United States Treasury Department, any information regarding any U.S. federal tax matters contained in this communication (including any attachments) is not

intended or written to be used, and cannot be used, as advice for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.