1  ANOUSH HAKIMI (State Bar No. 228858)
   anoush@handslawgroup.com
2  PETER SHAHRIARI (State Bar No. 237074)
   peter@handslawgroup.com
3  **H&S LAW GROUP, PLC**
   7080 Hollywood Blvd., Suite 804
4  Los Angeles, CA 90028

5  Telephone: (323) 672 - 8281
   Facsimile: (213) 402 - 2170
6

7  Attorneys for Plaintiff,
   **SHAMAR JACKSON**

8

9  UNITED STATES DISTRICT COURT
10 CENTRAL DISTRICT OF CALIFORNIA

| Brenda Core, | Case No.: 2:20-cv-03247-FMO-MAA |
|---|---|
| Plaintiff, | |
| vs. | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS** |
| Hendifar Properties, LLC, a Delaware Limited Liability Company; and Does 1-10, | |
| Defendants. | [Fed. R. Civ. P. Rule 41(a)(2)] |

IT IS HEREBY STIPULATED by and between the Plaintiff Brenda Core on the one hand, and Defendants Hendifar Properties, LLC, on the other hand, by themselves and/or through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendants Hendifar Properties, LLC, from Plaintiff's Complaint, Case Number 2:20-cv-03247-FMO-MAA. The parties herein reached settlement of the present action.

Since no Defendants shall remain in this action, Plaintiffs request that Plaintiff's Complaint be dismissed with prejudice in its entirety. Each party will be responsible for their own fees and costs.

**IT IS SO STIPULATED.**

Dated: August 20, 2020      **H&S LAW GROUP, PLC**

By: /s/Anoush Hakimi
Anoush Hakimi, Esq.
Attorneys for Plaintiff, Brenda Core

Dated: August 20, 2020      **HENDIFAR PROPERTIES, LLC**

By: /s/Jon A. Atabek
Jon A. Atabek, Esq.
Attorneys for Defendants, Hendifar Properties, LLC