**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brenda Core, <br><br> Plaintiff, <br><br> v. <br><br> Hendifar Properties, LLC, a Delaware Limited Liability Company; and Does 1-10, <br><br> Defendants. | Case No.: 2:20-cv-03247-FMO-MAA <br><br> Hon. Fernando M. Olguin <br><br> [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE <br><br> Action Filed: April 7, 2020 <br> Trial Date:   Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Brenda Core's ("Plaintiff") action against Defendant Hendifar Properties LLC ("Defendants") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated: September 2, 2020

/s/  Fernando M. Olguin
---
U.S. District Judge